KATHRYN B. HOWARD, RESPONDENT, v. MORGENWECK, INCORPORATED, AND BORNOT, INCORPORATED, SEVERALLY, JOINTLY AND IN THE ALTERNATIVE, APPELLANTS.

Submitted October 16, 1931—Decided January 20, 1932.

Before Justices CAMPBELL, LLOYD and BODINE.

For the appellants, *Elmer G. Van Name.*

For the respondent, *Nathan Blank.*

PER CURIAM.

In this case no specification of the determinations of the District Court with respect to which the appellants are dissatisfied, as required by rule 145 of this court, is presented; there is, therefore, nothing before us for review.

The appeal is dismissed, with costs.